UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Virgilio Ocampo,

Petitioner,

v.

Mark Miller,

Respondent.

23-CV-5825 (DEH)

ORDER

DALE E. HO, United States District Judge:

This case was previously referred to Judge Moses for Habeas Corpus. ECF No. 11. The Court hereby withdraws the Order of Reference, which is **VACATED**. This case is no longer referred, and will be adjudicated by the undersigned in due course.

The Clerk of Court is respectfully directed to withdraw the Order of Reference in this case, ECF No. 11.

SO ORDERED.

Dated: October 7, 2026
New York, New York

DALE E. HO
United States District Judge